## 54245. ROE v. WILLIAMSON.

WEBB, Judge.

We are convinced that this appeal, which fails to raise any issue upon which this court can rule, was taken for delay only. Since the judgment was for a sum certain in a contract action, we grant appellee's motion for ten per cent. damages. Code § 6-1801.

*Judgment affirmed with damages awarded. Deen, P. J., and Marshall, J., concur.*

ARGUED JULY 7, 1977 — DECIDED JULY 13, 1977.

*Stuhler & Miller, Gregory E. Stuhler*, for appellant.
*Redfern, Butler & Morgan, Rex M. Lamb, III*, for appellee.